HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

RANDOLPH JOHNSON,

    Plaintiff,

  v.

SPIR STAR, LTD., et al.,

    Defendants.

CASE NO. C13-1505RAJ

ORDER

The court GRANTS the parties' stipulated motion to continue case deadlines. Dkt. # 24. The court sets a new trial date of June 22, 2015, and directs the clerk to issue a new pretrial schedule as to all dates following the deadline for the disclosure of expert testimony.

The court will grant no additional continuances absent a demonstration of extraordinary circumstances.

Dated this 2nd day of October, 2014.

*(signature)*

The Honorable Richard A. Jones
United States District Court Judge

ORDER – 1